# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-09381-CJC-SK | Date | December 12, 2018 |
|---|---|---|---|
| Title | Carlos Jose Lopez v. Clark | | |

Present: The Honorable **Steve Kim, U.S. Magistrate Judge**

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER REGARDING VOLUNTARY DISMISSAL**

Pursuant to Petitioner's voluntary dismissal of the only respondent in the case (ECF 5), the Petition and the action are dismissed.